UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIERRA SHERBULA,<br>Plaintiff,<br>v.<br>UCSF POLICE DEPARTMENT, et al.,<br>Defendants. | Case No. 26-cv-09449-AGT<br><br>**SCREENING ORDER**<br>Re: Dkt. No. 7 |

Plaintiff Sierra Sherbula timely filed an amended complaint in response to the Court's screening order. Dkt. 7.

Having screened the amended complaint under 28 U.S.C. § 1915(e)(2)(B), the Court directs the Clerk of the Court to issue summonses and the U.S. Marshal of the Northern District of California to serve Defendants with process.

**IT IS SO ORDERED.**

Dated: October 28, 2026

Alex G. Tse
United States Magistrate Judge